[No. 28744-1-III. Division Three. December 16, 2010.]

*In the Matter of the Custody of* COURTNEY P. BLEVINS.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 02-3-00145-3, M. Scott Wolfram, J. Pro Tem., entered December 18, 2009. *Remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 28758-1-III. Division Three. December 16, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. MONTE BENJAMIN LYON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-03504-1, Salvatore F. Cozza, J., entered December 21, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 28831-5-III. Division Three. December 16, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN GARZA DIAZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00180-5, Vic L. VanderSchoor, J., entered January 29, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.